IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLYDE ERIC GREENLEE                                                                PLAINTIFF

v.                              Civil No. 06-5105

CPT. TOMLIN of the Benton
County Sheriff's Office                                                             DEFENDANT

### ORDER

Plaintiff has submitted a pro se civil rights complaint for filing in this district. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint.

This court has provided plaintiff with an application for proceeding as a pauper in this matter. Accordingly, plaintiff is given up to and including July 17, 2006, in which to furnish the court with an application or pay the filing fee. **Should plaintiff fail to comply within the required period of time, his complaint will be dismissed for failure to obey a court order.**

IT IS SO ORDERED this 12th day of June 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 1 4 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)