IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLYDE ERIC GREENLEE                                                      PLAINTIFF

v.                       Civil No. 06-5105

CORPORAL TOMLIN,
Benton County Detention Center                                           DEFENDANT

# O R D E R

Plaintiff's complaint was filed in this case on June 14, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Clyde Eric Greenlee, complete and sign the attached addendum to his complaint, and return the same to the court **by August 2, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by August 2, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 5th day of July 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLYDE ERIC GREENLEE                                          PLAINTIFF

      v.                       Civil No. 06-5105

CORPORAL TOMLIN,
Benton County Detention Center                             DEFENDANT

## **ADDENDUM TO COMPLAINT**

TO: CLYDE ERIC GREENLEE

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court **by August 2, 2006** Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## **RESPONSE**

      In your complaint, you allege that you asked Corporal Tomlin to move you to protective custody because you believed you would be harmed by Hispanic inmates. You indicate your request was denied. Later, you state Deputy Lee and Deputy Free put you in protective custody. However, within a few hours you indicate Corporal Tomlin took you out of protective custody.

AO72A
(Rev. 8/82)

1. Please provide the dates of your incarceration at the Benton County Detention Center (BCDC).

Answer:

_____

_____

_____

_____

2. Are you incarcerated solely because of pending criminal charges?

Answer: Yes _____ No _____.

If you answered no, please indicate if you are serving a sentence, your probation, parole, or supervised release has been revoked or why you are incarcerated.

_____

_____

_____

_____

3. You indicate you were in the "hole" when a Hispanic tried hitting you. Please state: (a) why you were in the hole; (b) whether you are Hispanic; (c) whether you knew the Hispanic inmate who tried to hit you; (d) whether he had ever threatened you prior to this date; and (e) whether he actually hit you.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      4. After this, you indicate all the Hispanics wanted to jump you. Please state: (a) where you were housed; (b) how you know they wanted to jump you; (c) whether you and the other inmates were confined to your cells or were free to move about the pod; and (d) whether any specific inmates made threats against you. If specific inmates made threats against you, please indicate what inmates made the threats, when they made the threats and what the threats were.

      Answer:

_____

_____

-4-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. You indicate Deputy Lee and Deputy Free moved you to protective custody.

(A). Please state the date and time you were moved to protective custody.

Answer:

_____

_____

AO72A
(Rev. 8/82)

(B). Did they move you to protective custody in response to any specific threat made against you?

Answer: Yes _____ No _____ .

If you answered yes, please explain what specific threat was made against you.

_____

_____

_____

_____

_____

_____

_____

_____

(C). How long did you remain in protective custody?

Answer:

_____

_____

6. You indicate Corporal Tomlin moved you out of protective custody.

(A). Please state the date and time he moved you out of protective custody.

Answer:

_____

_____

_____

_____

      (B). After you were moved out of protective custody, have you been threatened or harmed in anyway?

      Answer: Yes _____ No _____.

      If you answered yes, please state: (a) when you were threatened or harmed; (b) who threatened or harmed you; (c) how you were threatened or harmed; (d) whether you reported the threat or injury; and (e) if you reported it, what happened in response to your report.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
CLYDE ERIC GREENLEE

_____
DATE

-8-

AO72A
(Rev. 8/82)