IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLYDE ERIC GREENLEE                                PLAINTIFF

v.                  Civil No. 06-5105

CORPORAL TOMLIN,
Benton County Detention Center                        DEFENDANT

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Clyde Eric Greenlee filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on June 14, 2006. His complaint was filed in forma pauperis (IFP).

On July 5, 2006, the undersigned entered an order (Doc. 6) directing Greenlee to complete, sign and return an attached addendum to his complaint. The addendum was to be returned by August 2, 2006.

To date, the plaintiff has failed to respond to the addendum. The court's order and attached addendum have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders. Plaintiff has not informed the court of any change in his address.

Plaintiff has not requested an extension of time to respond to the addendum. Plaintiff has not otherwise communicated with the court.

I therefore recommend Greenlee's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **Greenlee has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections**

AO72A
(Rev. 8/82)

**may result in waiver of the right to appeal questions of fact. Greenlee is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of August 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE-

AO72A
(Rev. 8/82)