IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


CLYDE ERIC GREENLEE                                              PLAINTIFF

v.                            Civil No. 06-5105

CPT. TOMLIN
of the Benton County
Sheriff's Office                                                DEFENDANT

O R D E R

Now on this 6th day of September, 2006, comes on for
consideration the **Magistrate Judge's Report and Recommendation**
(document #7), in this matter, to which no objections have been
filed, and the Court, having carefully reviewed said Report and
Recommendation, finds that it is sound in all respects, and that
it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report
and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the
Magistrate Judge's Report and Recommendation, Greenlee's
Complaint is hereby **dismissed on the grounds he has failed to
prosecute this action and comply with the order of the court.**

**IT IS SO ORDERED.**


/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE